984

No. 10–5936. WILLIAMSON *v.* MARYLAND. Ct. App. Md. Certiorari denied.

No. 10–5943. MERCADO *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 10–5944. MCCLINE *v.* EPPS, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 10–5948. STRICKLAND *v.* SAINT LUKE'S HEALTH SYSTEM. C. A. 8th Cir. Certiorari denied.

No. 10–5949. SPISAK *v.* NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 10–5953. STARKS *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 10–5958. COCHRANE *v.* SCUTT, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 10–5960. CAMPANILE *v.* NICOLELLA, EXECUTOR OF THE ESTATE OF RENZI, DECEASED. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 10–5964. BROWN *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 10–5965. BARGHOUTI *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 10–5969. HYDE *v.* VALDEZ. Sup. Ct. Idaho. Certiorari denied.

No. 10–5971. TOWNSEND *v.* TOWNSEND. Super. Ct. N. J., App. Div. Certiorari denied.

No. 10–5972. BLACKMER *v.* SWEAT ET AL. C. A. 1st Cir. Certiorari denied.